__Filed __Received __Entered __Served On
Counsel/Parties of Record

SEP 0 4 2025

Clerk US District Court
District of Nevada
By:_____ Deputy

**United States District Court**

# DISTRICT OF NEVADA

Anthony Ray Price

**Plaintiff/Petitioner,**

DOE (1)  LAKES cross ADMinisTracTor
v. Division publichealth (the Division)
DOE (2) STATE of Nevada
DOE (3) Washoe County Detention facility

**Defendant/Respondent,**
Chief ATTorney Frank wac Rams
washoe county Sheriff Darin Balaam

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*
*FOR INMATE*

**CASE NUMBER:**

3:25-cv-00472

I, Anthony Ray Price declare that I am the (*check the appropriate box*)

| | | | |
|---|---|---|---|
| X | Plaintiff<br>(filing 42 U.S.C. § 1983) | __ | Movant<br>(filing 28 U.S.C. § 2255 motion) |
| __ | Petitioner<br>(writ of habeas corpus<br>28 U.S.C. §§ 2254 or 2241) | __ | Other |
| | | __ | Defendant/Respondent |

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I answer the following questions:

1.    Are you presently employed?    __Yes    X No

    a.    If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List gross and net salary.)

    b.    If the answer is "no," state the date of last employment and the amount of the salary or wages per month which you received.

2.    Have you received within the past twelve months any money from any of the following sources?

    a.    Business, profession or other form of self-employment?    __Yes    X No

Revised 10-11-16

b.      Rent payments, interest or dividends?      __ Yes    X No

c.      Pensions, annuities or life insurance payments?      __ Yes    X No

d.      Gifts or inheritances?      __ Yes    X No

e.      Any other sources?      __ Yes    X No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3.      Do you own any cash, or do you have money in checking or savings accounts  (include any funds in prison accounts, and any funds on deposit with a bank, saving & loan, etc., outside the prison) ?

         __ Yes          X No

If the answer is "yes," state the total value and list the location of each account, type of account, and amount or balance in the account.  Do not include your account number(s).

4.      Do you own or have any interest in any real estate, stocks, bonds, notes, trusts, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

         __ Yes          X No

If the answer is "yes," describe the property, its location and state its approximate value.

5.      List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support each month. N/A
NONE

6.      Do you receive any income from disability, Social Security or any other pension?

         __ Yes          X No

If the answer is "yes," describe the source and amount received each month.

7.      Have you placed any property, assets or money in the name or custody of anyone else in the last two years?

         __ Yes          X No

If the answer is "yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.

b.  Rent payments, interest or dividends?          __ Yes      _X_ No
c.  Pensions, annuities or life insurance payments?  __ Yes      _X_ No
d.  Gifts or inheritances?                           __ Yes      _X_ No
e.  Any other sources?                               __ Yes      _X_ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3.  Do you own any cash, or do you have money in checking or savings accounts (include any funds in prison accounts, and any funds on deposit with a bank, saving & loan, etc., outside the prison) ?

     __ Yes          _X_ No

If the answer is "yes," state the total value and list the location of each account, type of account, and amount or balance in the account.  Do not include your account number(s).

4.  Do you own or have any interest in any real estate, stocks, bonds, notes, trusts, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

     __ Yes          _X_ No

If the answer is "yes," describe the property, its location and state its approximate value.

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support each month.  N/A

6.  Do you receive any income from disability, Social Security or any other pension?

     __ Yes          _X_ No

If the answer is "yes," describe the source and amount received each month.

7.  Have you placed any property, assets or money in the name or custody of anyone else in the last two years?

     __ Yes          _X_ No

If the answer is "yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.

2

# ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my own knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1)     dismissal of my case with prejudice;
(2)     imposition of monetary sanctions;
(3)     the Nevada Department of Prisons may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4)     perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this ___ day of _____, 20 __.

_____
(Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed at _____          _____
            (Location)                                             (Signature)

_____                       _____
      (Date)                                                  (Inmate Prison Number)

3