AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

ANTHONY RAY PRICE,

                Plaintiff,

    v.

LAKES CROSSING, et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:25-cv-00472-MMD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judge Baldwin's Report and Recommendation (ECF No. 7) is adopted in full.
It is further ordered that Price's Complaint (ECF No. 1-1) is dismissed without prejudice and without leave to amend.

10/16/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ DLS  
Deputy Clerk